UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 14 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KENRICK HAMILTON, )
)
Plaintiff, )
)
v. ) Civil Action No. 14-1710 UNA
)
DEPARTMENT OF HOMELAND SECURITY, )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and his *pro se* complaint. The instant complaint is substantially similar to that filed in a recent lawsuit in the United States District Court for the Eastern District of Virginia. *See Hamilton v. Dep't of Homeland Sec.*, No. 14-0913 (E.D. Va. filed July 21, 2014). "Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese*, 617 F.2d 828, 830 (D.C. Cir. 1980) (citation omitted). Accordingly, the Court will dismiss the complaint as duplicative. An Order is issued separately.

United States District Judge

DATE: 10/9/2014